IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**KATHY L. CARROLL,**
**Individually and as Administratrix**
**Of the Estate of R.M. Carroll,**

    **Plaintiff,**

                                  **Civil Action No:** 3:12-cv-5985

**v.**

**JPMORGAN CHASE BANK, N.A, and**
**WELLS FARGO BANK, N.A.,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I, Jared M. Tully, hereby certify that on this 27th day of November, 2012, a copy of the foregoing ***Defendants' First Set of Interrogatories and Request for Production of Documents to Plaintiff*** was electronically filed.  Parties may access this document via the Court's CM/ECF system.

Bren J. Pomponio
Mountain State Justice, Inc.
1031 Quarrier Street, Suite 200
Charleston, WV  25301

                                              */s/ Jared M. Tully*
                                              Jared M. Tully

CHRLibrary 0103832.0599129   1330089v1