IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

KATHY L. CARROLL,
**Individually and as Administratrix**
**Of the Estate of R.M. Carroll,**

      **Plaintiff,**

                               **Civil Action No: 3:12-cv-5985**

**v.**

**JPMORGAN CHASE BANK, N.A, and**
**WELLS FARGO BANK, N.A.,**

      **Defendants.**

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

      This day came Plaintiff Kathy L. Carroll, Individually and as Administratrix of the Estate of R.M. Carroll ("Plaintiff"), by counsel, and the Defendants JPMorgan Chase Bank, N.A. and Wells Fargo Bank, N.A. ("Defendants"), by counsel, and jointly represent that the parties have reached full and final settlement of all claims in the above-referenced action.  The Court hereby **ORDERS** that all claims against Defendants are **DISMISSED with prejudice.**

      The Clerk of the Court is **DIRECTED** to deliver a certified copy of this order to all counsel and parties of record.

      ENTERED this _10_ day of ___March___, 2014.

_____
ROBERT C. CHAMBERS, CHIEF JUDGE

Prepared and submitted by:

*/s/ Jared M. Tully*
Jared M. Tully (WV Bar No. 9444)
Elizabeth A. Moore (WV Bar No. 12164)
Frost Brown Todd LLC
500 Lee Street, East
Laidley Tower, Suite 401
Charleston, WV 25301
(304) 345-0111 / (304) 345-0115 (f)
*Counsel for Defendants*


Agreed to by:

*/s/ Bren J. Pomponio*
Bren J. Pomponio (WV Bar No.7774)
Daniel F. Hedges (WV Bar No. 1660)
Mountain State Justice, Inc.
1031 Quarrier St., Suite 200
Charleston, WV 25301
(304) 344-3144
(304) 344-3145 (f)
*Counsel for Plaintiffs*